USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/14/06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

JENNIFER WEE,

        Plaintiff,

-against-

FOREX CAPITAL MARKETS, LLC

        Defendant.

------------------------------------------------------x

ECF CASE

(05-CV-7557) (PKC)

**STIPULATION AND ORDER OF DISMISSAL**

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that the above-captioned action is dismissed in its entirety with prejudice as to Defendant Forex Capital Markets, LLC, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs, including attorneys' fees.

Dated: December 14, 2006
      New York, New York

MORELLI RATNER PC

By: _____
    Martha M. McBrayer (MM-7097)

950 Third Avenue, 11th Floor
New York, New York 10022
(212) 751-9800

*Attorneys for Plaintiff Jennifer Wee*

**SO ORDERED:**
Dated: __12-14-06__

MAYER, BROWN, ROWE & MAW LLP

By: _____
    Gary D. Friedman (GF-6175)
    Jonathan A. Shiffman (JS-9912)

1675 Broadway
New York, New York 10019
(212) 506-2500

*Attorneys for Defendant Forex Capital Markets, LLC*

_____
The Honorable P. Kevin Castel
United States District Judge

17410190